# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ARTHUR GALVAN, an individual<br><br>        Plaintiff,<br><br>  vs.<br><br>DIANA WEATHERSBY, an individual; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, A NEW JERSEY CORPORATION; USAA LIFE INSURANCE COMPANY, A TEXAS CORPORATION and DOES 1 to 50 inclusive,<br><br>        Defendants | Case No.: 2:19-cv-01515-DSF-PLAx<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)(1)]<br><br>[Filed concurrently with Stipulation]<br><br>Assigned to the Hon. Dale S. Fischer |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation<br>        Counterclaimant,<br>  vs.<br>JOSEPH ARTHUR GALVAN, an individual<br>        Cross-Defendant | |

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation | |
| Cross-Claimant, | |
| vs. | |
| DIANA WEATHERSBY, an individual Cross-Defendant | |
| USAA LIFE INSURANCE COMPANY | |
| Plaintiff, | |
| vs. | |
| JOSEPH ARTHUR GALVAN, an individual | |
| Counterclaim Defendant | |
| USAA LIFE INSURANCE COMPANY | |
| Plaintiff, | |
| vs. | |
| DIANA WEATHERSBY, an individual | |
| Cross-Defendant | |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 18, 2019

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge